# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. HRAPCZYNSKI, JR.,<br>　　Plaintiff, | : <br> : <br> : | <br> <br>CIVIL ACTION |
| <br>v.<br> | : <br> : <br> : | <br>NO. 20-cv-06014<br> |
| BRISTLECONE, INC.,<br>　　Defendant. | : <br> : | |

## ORDER

**AND NOW**, this 29th day of July 2021, it is **ORDERED** that Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint (ECF No. 10) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J.　　　　
　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF**

1